No. 331. PRICE *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Harry I. Rand* and *Leonard B. Boudin* for petitioner. *Solicitor General Rankin, Assistant Attorney General Yeagley, Kevin T. Maroney, George B. Searls* and *Lee B. Anderson* for the United States.

No. 788. FONG FOO ET AL. *v.* UNITED STATES; and

No. 789. STANDARD COIL PRODUCTS Co., INC., *v.* UNITED STATES. C. A. 1st Cir. Certiorari granted. *David E. Feller* for petitioners in No. 788. *Arthur Richenthal* for petitioner in No. 789. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 539, Misc. COPPEDGE *v.* UNITED STATES. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted. Case transferred to appellate docket. *Bennett Boskey* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 300. WHITMAN *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. MR. JUSTICE BRENNAN took no part in the consideration or decision of this application. *Thurman Arnold* and *Gerhard P. Van Arkel* for petitioner. *Solicitor General Rankin* and *Assistant Attorney General Yeagley* for the United States.